IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RAQUEL GARCIA, **PLAINTIFF** | * * * | CIVIL ACTION NO. 05-193 |
| V. | * * | |
| CITY OF ALICE, TEXAS AND YOLANDA MORAN, IN HER OFFICIAL AND INDIVIDUAL CAPACITY, **DEFENDANTS** | * * * * * | JURY DEMAND |

### ORDER ON MOTION FOR LEAVE TO FILE FIRST AMENDED ORIGINAL COMPLAINT

Came on to be considered this 26 day of July, 2005, Plaintiff's Motion for Leave to File Third Amended Original Complaint, and the Court having reviewed the pleadings herein and the arguments of counsel, finds that the requested leave is meritorious.

THEREFORE, IT IS ORDERED that Plaintiff's Motion for Leave to File Third Amended Original Complaint is GRANTED. ~~Accordingly,~~

~~IT IS ALSO ORDERED that Plaintiff shall have ____ days, from the signing of~~ this ~~Order to file her Third Amended~~ Original Complaint consistent with ~~the changes noted~~ in ~~Exhibit A.~~

Signed on this 26 day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE

Page -4-